# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

WILLIE CURRY

                    **CIVIL NUMBER: 3:23-CV-00036**

      Plaintiff(s),

v.                       **JUDGMENT IN A CIVIL CASE**

MARTIN J. O'MALLEY,
Commissioner of Social Security

      Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

The final decision of the Commissioner is affirmed, and the case is dismissed. Judgment is in favor of the Defendant and against the Plaintiff.

Date: July 24, 2024

                                      CLERK, U.S. DISTRICT COURT

                                      /s/ *Rachel Soderstrum*

                                      By: Rachel L. Soderstrum